HEATHER E. WILLIAMS, SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PATRICIA A. FUSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00028-SAB |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO VACATE JUNE 2, 2016 STATUS CONFERENCE; ORDER |
| vs. | |
| PATRICIA A. FUSTON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Katherine Plante, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Patricia A. Fuston, that this case may be resolved by payment of a fixed-sum in lieu of Ms. Fuston's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.  On May 2, 2016, Ms. Fuston paid the $250 forfeiture amount and $25 processing fee.  The parties agree that the June 2, 2016 status conference may now be vacated and this action terminated

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  May 10, 2016     */s/ Katherine Plante*
KATHERINE PLANTE
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 10, 2016     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
PATRICIA A. FUSTON


# O R D E R

**IT IS SO ORDERED.**  The Court hereby grants the parties' request to resolve this matter by payment of a fixed-sum in lieu of Defendant Patricia A. Fuston's appearance.  The status conference scheduled for June 2, 2016, is vacated.


IT IS SO ORDERED.

Dated:   **May 10, 2016**

UNITED STATES MAGISTRATE JUDGE